1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7147

6  Attorneys for Defendant
   United States of America

7

8                    UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 ALVIN HENNINGTON, JR.              )   Case 08 CV 1033 BTM AJB
                                      )
11          Plaintiff,                )
                                      )
12     v.                             )   NOTICE OF REMOVAL OF A CIVIL
                                      )   ACTION
13                                    )
   FEDERAL BUREAU OF                  )
14 INVESTIGATION,                     )
                                      )
15          Defendant.                )
   _____)
16

17        The United States of America, by and through the Federal Bureau of Investigation ("FBI"), by

18 its attorneys Karen P. Hewitt, United States Attorney, and Christopher B. Latham, Assistant U.S.

19 Attorney, hereby respectfully notices the removal of the above-captioned civil action from the Superior

20 Court of California, County of San Diego.  Removal is noticed on the following grounds:

21        1.        An agency of the United States, the FBI is named as a defendant in the above-captioned

22 case originally filed as Case No. 37-2008-00079157-CU-DF-CTL in the Superior Court of California,

23 County of San Diego.  The Summons and Complaint were served on the FBI on March 25, 2008.

24        2.        Removal of this case is appropriate under 28 U.S.C. sections 1441, 1442 and 1446

25 because an agency of the United States is a defendant in the action.  Section 1442(a)(1) provides for

26 removal in cases commenced in a state court against the United States, its agencies and officers.

27 Accordingly, this suit is properly subject to removal, without bond, under 28 U.S.C. section 1442(a)(1).

28 This is so because the action to be removed is pending in a state court located within this judicial district.

1    3.    As a further basis for removal, it also is anticipated that the United States may raise

2  several defenses to the Complaint, including but not limited to, the following: (1) the United States'

3  sovereign immunity as to certain claims; and (2) the failure of Plaintiff to exhaust his administrative

4  remedies.

5    4.    Copies of the Plaintiff's original Summons and Complaint, Amended Complaint and

6  Request for Entry of Default served on the FBI are attached as Exhibit 1 in compliance with the

7  provisions of 28 U.S.C. section 1446(a).

8    WHEREFORE, this action now pending in the Superior Court of California, County of San

9  Diego, is hereby properly removed therefrom to this Court.

10                                           Respectfully submitted,

11       Dated: June 10, 2008               KAREN P. HEWITT
                                            United States Attorney
12

13

14                                          CHRISTOPHER B. LATHAM
                                            Assistant U.S. Attorney
15                                          Attorneys for Defendant
                                            United States of America

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CIVIL BUSINESS OFFICE **SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** *Federal Bureau of*
**(AVISO AL DEMANDADO):** *Investigation San Diego*
*Field office*

**YOU ARE BEING SUED BY PLAINTIFF:** *Alvin Hennington JR.*
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)

03 MAR -3 PM 4:30

CLERK OF THE COURT
SAN DIEGO COUNTY, CA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you.  Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

| CASE NUMBER:<br>*(Número del Caso):* | 37-2008-00079157-CU-DF-CTL |
| --- | --- |

The name, address, bar #, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: **MAR 0 3 2008**
*(Fecha)*                                    Clerk, by *Mary L. Mason*                    , Deputy
                                             *(Secretario)*        **MARY L. MASON**        *(Adjunto)*

CLERK OF THE SUPERIOR COURT

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☑ by personal delivery on *(date):* 3/28/08        19750-70320-1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

*ALvin Hennington JR.*
*5170 Clairmont mesa BLVD unit4*
*San Diego, Ca. 92117-1465*

TELEPHONE NO.: *858 495-0695*　FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* *INPROPER*

FILED
CIVIL BUSINESS OFFICE 8

FOR COURT USE ONLY

03 MAR -3 PM 4:31

SUPERIOR COURT CA
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF: *Alvin Hennington JR.*

DEFENDANT: *Federal Bureau of Investigation*
*San Diego Field office*

☑ DOES 1 TO *1*

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| ☐ AMENDED *(Number):* | *conflict of Interist* |
| Type *(check all that apply):* | *Harrassmen by slander* |
| ☐ MOTOR VEHICLE  ☑ OTHER *(specify):* | *Pscicological torture* |
| ☐ Property Damage  ☐ Wrongful Death | |
| ☑ Personal Injury  ☑ Other Damages *(specify):* | *sodomy/RAPE* |

CASE NUMBER:

37-2008-00079157-CU-DF-CTL

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
　Amount demanded ☐ does not exceed $10,000
　　　　　　　　　　☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
　☑ from limited to unlimited
　☑ from unlimited to limited

1. Plaintiff *(name or names):* *Alvin Hennington JR.*
   alleges causes of action against defendant *(name or names):*

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
   　　(1) ☐ a corporation qualified to do business in California
   　　(2) ☐ an unincorporated entity *(describe);*
   　　(3) ☐ a public entity *(describe):*
   　　(4) ☐ a minor ☐ an adult
   　　　　(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   　　　　(b) ☐ other *(specify):*
   　　(5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
   　　(1) ☐ a corporation qualified to do business in California
   　　(2) ☐ an unincorporated entity *(describe):*
   　　(3) ☐ a public entity *(describe):*
   　　(4) ☐ a minor ☐ an adult
   　　　　(a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   　　　　(b) ☐ other *(specify):*
   　　(5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

SHORT TITLE: *Alvin Hennington vs Federal Bureau of Investigation San Diego Field office*

CASE NUMBER:

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* *Federal Bureau of Investigations*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☑ an unincorporated entity *(describe):* *(law enforcement) (Federal Agents)*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* *30 men and Woman* were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* *30 men and woman* are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other *(specify):* *Conflict of Interist* *ALL crimes and violations ot Adults with Disabilities* ~~Adt~~ *,Victom/Plaintiff was threatened teased and laughed at, Harrassment continues [Must stop]*

9. ☑ Plaintiff is required to comply with a claims statute, **and**
   a. ☑ has complied with applicable claims statutes, **or**
   b. ☑ is excused from complying because *(specify):* *[Conflict of Interist]*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

982.1(1)

| SHORT TITLE: _Alvin Hennington vs. Federal Bureau of Investigation & San Diego Field office_ | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. ☐ Motor Vehicle
b. ☑ General Negligence
c. ☑ Intentional Tort
d. ☐ Products Liability
e. ☐ Premises Liability
f. ☑ Other *(specify)*: _Conflict of Interest, Harrassment, invasion of Privacy, Rerouting of calls, entrapment, tampering with Vitamins and food, threats of Violence, death threats, the use of Hipnosis, thought inplantation, using (saltpeter and other drugs to emascilate or make unconcious [False Arrest]_

11. Plaintiff has suffered
a. ☐ wage loss
b. ☐ loss of use of property
c. ☐ hospital and medical expenses
d. ☑ general damage
e. ☑ property damage
f. ☐ loss of earning capacity
g. ☑ other damage *(specify)*: _Rape, [Sodomy] Medical (Anal Practice, scare tactics, Death threats in order to Force me into dropping cases # GIC873566, 37-2007-00082645-cu-NP-CTL 37-2008-00076202-cu-NP-CR-CTL_

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

_Yes_

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) ☑ compensatory damages
   (2) ☑ punitive damages
The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
(1) ☐ according to proof
(2) ☑ in the amount of: $ _50,000,000.00_
   _Fifty-million dollars_

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date:

_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2006]          **COMPLAINT—Personal Injury, Property**          Page 3 of 3

(1)

# Date of incident

On the night in question
I was in my bed asleep
I awoke the next day,
to my ass hurting, at first
I didn't know what happened,
I was confused and groggy.
my head felt light
and fuzzy, I was outside,
my moms condo door smoking
I heard the police
officers upstairs laughing, I
ignored to because, over
75 officers, 30 of which have
moved into my complex
since my civil case for
25 million went into default and
they found out they couldn't
blow the case
legaly. they decided to move
into my complex and pREASURE
into dropping the case through
use of harassment, entrapment
intimidation and death threats,
they also either hired or
already had in their employ
psicologists or psicaiatryst, I
dont know which they are
but I do know they have
bugged my house put a
camera in my bathroom

②



AND used ~~this~~ it to tease me,
laugh at me and make grunting
noises when I go to the Rothrooms
~~they~~ use hypnosis to harrass me, ~~and~~
~~to~~ scare me, cut me and to
taunt me, I heard the woman
that lives upstairs, ~~a~~ ask me
how does my ass feel? and laughed
at me, Then told me that ~~she~~
she and the ~~other~~ female police
officer upstairs used drugs on
me, hypnosis on me and Fucked
me in my ass while I was
unconsious in my bed last night,
I think she told me ~~when~~ this
to scare me, ~~and~~ to embarrass
and degrade me into dropping
my Lawsuits. ~~and~~ I was embarrass
ed, scared and very angry
expecially when the male
officers started to tease
me, laugh at me and other
Female officers would point
At my ass and laugh at me
to embarrass me into not Reporting
it to anyone, At first it worked
then I finally Relized I did
nothing wrong And I could not
prevent it from happening
being a man this is very
embarrassing to say,

③

For a while I didn't
say anything to anyone
about this subject, I guess
I never thought a woman
would ever do something
like this, I still cant beleive
It happened, at first I told
myself it didnt happen,
that they were all lying,
until I went to the bathroom
and blood came out of my
Asshole and I found
myself putting neosporin
Antibiotic ointment on my
Ass and my tailbone being
sore.
All the people that laughed
At me or told me what
happened would only know
if they had something to
do with it or if they knew
who did I think this is
the worst feeling in the
world for me,
because the police are
supposed to uphold the
Law, not break it, so who
do you tell when they
RAPe you with
a dildo and take turns
while you are knocked out

the ~~woman~~ women live
At 5170 Clairmont mesa BLVD
#21 and #29 San Diego, Ca. 92NT
AND I will testify and sign
A Formal complaint, I Am sorry
For writing so much but once
I started I could not stop
writing because more and
more came into Focus
~~#1~~ MY case # is GIC 873566
the defendants already made
me Lose my Job now
I have lost my pride and
Respect, As a mAN. Because
of this insident, the sad
thing is I think women are
one of ~~go~~ Gods ~~greatest~~
creations, which why ~~S~~ This
was so hard to WRite
down Let alone say.


P.S. The people live
~~right~~ above me in
~~#~~ the complex And Have
25 million Reasons to hurt
me or kill me.
So they definatly have
a Reason to hate me,
AND DO EVERY thing
I accused them of
doing. I never thought they

Would do this
Just to Blow a civil
CASE, I was wrong
to think that, Because
they did do all of this and
more to me, like Putting
saltpeter into my Food or drink to make my
penis soft, ~~all the~~ Emasculating me more.

From. Alvin Hennington

Help me
Please

Alvin Hennington Jr.

DATE :

DATE of Offence
Sex offenses Jan. 29-08
APPROXamate

Sex offenses:
- Sentence and punishment, 18 USSG §2G1.1
- Aggravated Sexual Abuse, 18 §2241
- Assault with intent to commit, 18 §113
- Conspiracy 18 §241
- Elements of Crime 18 §2242
- Force, aggravated sexual abuse
- Rendering unconscious 18 §2241
- Drugs and medicine, 21 §§ 801 aT, 802, 812 NT, 827, 841, 960
- Grievous Bodily ~~Harm (Quickame)~~ Injury, 18 §2246 controlled substances, 18 §2241 RAPE, Generally 42 §13941 eT seq
- Sexual Assault, 42 §16945
- Justice Department, SMART office, 42 §16945
- Sexual Abuse AcT. of 1986
- Short title see 18 USCA §2241 Note

P. S. ~~The~~ Defendants bragged ~~to~~ me ~~that they looked through or went through my Black bag that I use~~ for court and have me under 24 hour Surveylence so I don't ~~thought~~ know if they know about every word I ~~see All~~ Wright or not. All I know for sure is they Hate me and want to kill me. Please Help me, I know ~~They~~ also Bribed Doctors at county mental HEalth and V.A. Medical in La Jollia

MC–025

| SHORT TITLE: | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): _____    Page _____ of _____

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

The Defendants have been
Performing Hipnosis on me
Nightly and using Entrappment
on me to convict me on
Fake charges so they
don't have to Face the
Real charges I Filed
against them. ADDress
5170 Clairmont mesa BLVD
unit 21, 9 and 5 san Diego ca.
92117 Please stop them now

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under
penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

Page 6

www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| -Alvin Hennington JR.<br>5170 Clairmontmesa BLVD unit 4<br>San Diego, Ca. 92117<br>TELEPHONE NO. (858) 295-0695   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name) InProper | FILED<br>CIVIL BUSINESS OFFICE 7<br>CENTRAL DIVISION<br><br>08 MAR 12 PM 4: 12<br><br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: **330 West Broadway**
MAILING ADDRESS: **330 West Broadway**
CITY AND ZIP CODE: **San Diego, ca. 92101**
BRANCH NAME: **Central-Hall of Justice**

PLAINTIFF: **Alvin Hennington JR.**

DEFENDANT: **Federal Bureau of Investigation**
**[San Diego Field office.]**
☑ DOES 1 TO

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| ☑ AMENDED (Number): **1**<br>Type (check all that apply):<br>☐ MOTOR VEHICLE   ☑ OTHER (specify): **Rape, sodomy**<br>  ☐ Property Damage   ☐ Wrongful Death<br>  ☑ Personal Injury   ☐ Other Damages (specify): **conflict of Interest**<br>Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded ☐ does not exceed $10,000<br>  ☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | **37-2008-00079157-**<br>**CU-DF-CTL** |

1. Plaintiff (name or names): **Alvin Hennington JR.**
   alleges causes of action against defendant (name or names):
   **Federal Bureau of Investigation - San Diego Field office**
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| Form Approved for Optional Use<br>Judicial Council of California<br>LD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Page 1 of 3<br>Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

PLD-PI-001

| SHORT TITLE: *Alvin Hennington JR. U.S. Federal Bureau of Investigation* | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ **except defendant** *(name):* *Federal Bureau of Investigation*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☑ other *(specify):* *Federal Law Enforcement Entity*

   b. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☑ Doe defendants *(specify Doe numbers):* *30 people* are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other *(specify):* *Rape, Sodomy, Defamation Slander, Hipnosis and other Forms of torture — Conflict of Interist — The Defendants continue Defamation and Death threats*

9. ☑ Plaintiff is required to comply with a claims statute, and *Conflict of Interist.*

   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: _Alvin Hennington JR. vs Federal Bureau of Investigation_ | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify):* The Defendants are now claiming no one can stop them — ARE They Telling the Truth? Defendants at 5170 Clairemontmesa BLUD claimed to be F.B.I. — San Diego Police confirm

_[ Conflict of Interist ]_

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify):* Rape, Sodomy-Defamation, Slander, Death threats, Invasion of Privacy, Theft of court documents, Entrappment, Malisious Prosecution, Violation of ADult with Disabilities Law — MalPractice, Bribery ect.

_conflict of Interist [sleep Deprivation] Date of conflict of Interist 1-1-07 till present day_

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court. _yes_

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 600,000,000.00  ~~Five~~ Six Hundred million Dollars

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:

_Alvin Hennington JR._
(TYPE OR PRINT NAME)

▶ _Alvin Hennington_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

I Request The Director of
Homeland Security Washington
D.C. Pensulvania ave investigate
or order The Ivestigation of
ALL agencies connected to
these cases and I also
Request the Hipnosis and
Nightly torture and Harrassment
to stop. Please Foward
to The Director of the
Interior and The
U.S. Attorney General
For Reveiw and Inquiry into
matter at hand.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE NUMBER: 37-2008-00079157-CU-DF-CTL      CASE TITLE: Hennington vs. Federal Bureau of Investigiation San Diego F

## NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE

You are required to serve a copy of this Notice to Litigants/ADR Information Package and a copy of the blank Stipulation to Alternative Dispute Resolution Process (received from the Civil Business Office at the time of filing) with a copy of the Summons and Complaint on all defendants in accordance with San Diego Superior Court Rule 2.1.5, Division II and CRC Rule 201.9.

## ADR POLICY

It is the policy of the San Diego Superior Court to strongly support the use of Alternative Dispute Resolution ("ADR") in all general civil cases. The court has long recognized the value of early case management intervention and the use of alternative dispute resolution options for amenable and eligible cases. The use of ADR will be discussed at all Case Management Conferences. It is the court's expectation that litigants will utilize some form of ADR – i.e. the court's mediation or arbitration programs or other available private ADR options as a mechanism for case settlement before trial

## ADR OPTIONS

**1) CIVIL MEDIATION PROGRAM:** The San Diego Superior Court Civil Mediation Program is designed to assist parties with the early resolution of their dispute. All general civil independent calendar cases, including construction defect, complex and eminent domain cases are eligible to participant in the program. Limited civil collection cases are not eligible at this time. San Diego Superior Court Local Rule 2.31, Division II addresses this program specifically. Mediation is a non- binding process in which a trained mediator 1) facilitates communication between disputants, and 2) assists parties in reaching a mutually acceptable resolution of all or part of their dispute. In this process, the mediator carefully explores not only the relevant evidence and law, but also the parties' underlying interests, needs and priorities. The mediator is not the decision-maker and will not resolve the dispute – the parties do. Mediation is a flexible, informal and confidential process that is less stressful than a formalized trial. It can also save time and money, allow for greater client participation and allow for more flexibility in creating a resolution.

**Assignment to Mediation, Cost and Timelines:** Parties may stipulate to mediation at any time up to the CMC or may stipulate to mediation at the CMC. Mediator fees and expenses are split equally by the parties, unless otherwise agreed. Mediators on the court's approved panel have agreed to the court's payment schedule for county-referred mediation: $150.00 per hour for each of the first two hours and their individual rate per hour thereafter. Parties may select any mediator, however, the court maintains a panel of court-approved mediators who have satisfied panel requirements and who must adhere to ethical standards. All court-approved mediator fees and other policies are listed in the Mediator Directory at each court location to assist parties with selection. **Discovery:** Parties do not need to conduct full discovery in the case before mediation is considered, utilized or referred. **Attendance at Mediation:** Trial counsel, parties and all persons with full authority to settle the case must personally attend the mediation, unless excused by the court for good cause.

**2) JUDICIAL ARBITRATION:** Judicial Arbitration is a binding or non-binding process where an arbitrator applies the law to the facts of the case and issues an award. The goal of judicial arbitration is to provide parties with an adjudication that is earlier, faster, less formal and less expensive than trial. The arbitrator's award may either become the judgment in the case if all parties accept or if no trial de novo is requested within the required time. Either party may reject the award and request a trial de novo before the assigned judge if the arbitration was non-binding. If a trial de novo is requested, the trial will usually be scheduled within a year of the filing date.

**Assignment to Arbitration, Cost and Timelines:** Parties may stipulate to binding or non-binding judicial arbitration or the judge may order the matter to arbitration at the case management conference, held approximately 150 days after filing, if a case is valued at under $50,000 and is "at issue". The court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. In addition, if parties select an arbitrator from the court's panel, the court will pay the arbitrator's fees. Superior Court

**3) SETTLEMENT CONFERENCES:** The goal of a settlement conference is to assist the parties in their efforts to negotiate a settlement of all or part of the dispute. Parties may, at any time, request a settlement conference before the judge assigned to their case; request another assigned judge or a pro tem to act as settlement officer; or may privately utilize the services of a retired judge. The court may also order a case to a mandatory settlement conference prior to trial before the court's assigned Settlement Conference judge.

**4) OTHER VOLUNTARY ADR:** Parties may voluntarily stipulate to private ADR options outside the court system including private binding arbitration, private early neutral evaluation or private judging at any time by completing the "Stipulation to Alternative Dispute Resolution Process" which is included in this ADR package. Parties may also utilize mediation services offered by programs that are partially funded by the county's Dispute Resolution Programs Act. These services are available at no cost or on a sliding scale based on need. For a list of approved DRPA providers, please contact the County's DRPA program office at (619) 238-2400.

**ADDITIONAL ADR INFORMATION:** For more information about the Civil Mediation Program, please contact the Civil Mediation Department at (619) 515-8908. For more information about the Judicial Arbitration Program, please contact the Arbitration Office at (619) 531-3818. For more information about Settlement Conferences, please contact the Independent Calendar department to which your case is assigned. Please note that staff can only discuss ADR options and cannot give legal advice.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| STREET ADDRESS: | 330 West Broadway |
| MAILING ADDRESS: | 330 West Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 685-6150 |

PLAINTIFF(S) / PETITIONER(S):    Alvin Hennington, Jr

DEFENDANT(S) / RESPONDENT(S):  Federal Bureau of Investigation San  Diego Field Office

HENNINGTON VS. FEDERAL BUREAU OF INVESTIGIATION SAN  DIEGO FIELD OFFICE

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER:<br>37-2008-00079157-CU-DF-CTL |
|---|---|

Judge:  Steven R. Denton                              Department:  C-73

**COMPLAINT/PETITION FILED:** 03/03/2008

## CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

SDSC CIV-721 (Rev. 11-06)

**NOTICE OF CASE ASSIGNMENT**

Page: 1

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS:      330 West Broadway<br>MAILING ADDRESS:    330 West Broadway<br>CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827<br>BRANCH NAME:         Central | *FOR COURT USE ONLY* |

PLAINTIFF(S):   Alvin Hennington Jr

DEFENDANT(S): Federal Bureau of Investigiation San Diego Field Office

SHORT TITLE:   HENNINGTON VS. FEDERAL BUREAU OF INVESTIGIATION SAN DIEGO FIELD OFFICE

| **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS**<br>**(CRC 3.221)** | CASE NUMBER:<br>37-2008-00079157-CU-DF-CTL |
|---|---|

Judge: Steven R. Denton                                           Department: C-73

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution process. Selection of any of these options will not delay any case management time-lines.

☐ Court-Referred Mediation Program               ☐ Court-Ordered Nonbinding Arbitration

☐ Private Neutral Evaluation                     ☐ Court-Ordered Binding Arbitration (Stipulated)

☐ Private Mini-Trial                             ☐ Private Reference to General Referee

☐ Private Summary Jury Trial                     ☐ Private Reference to Judge

☐ Private Settlement Conference with Private Neutral   ☐ Private Binding Arbitration

☐ Other (specify): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate: (mediation & arbitration only) _____

Date: _____                     Date: _____

_____                         _____
Name of Plaintiff                                Name of Defendant

_____                         _____
Signature                                        Signature

_____                         _____
Name of Plaintiff's Attorney                     Name of Defendant's Attorney

_____                         _____
Signature                                        Signature

(Attach another sheet if additional names are necessary). It is the duty of the parties to notify the court of any settlement pursuant to California Rules of Court, 3.1385. Upon notification of the settlement the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court and all un-served, non-appearing or actions by names parties are dismissed.

**IT IS SO ORDERED.**

Dated:  03/03/2008                               _____
                                                 JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 01-07)        **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**        Page: 1

3

Civ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alvin Hennington JR. 5170 Clairmont mesa Blvd unit4 San Diego, Ca. 92117 | |

TELEPHONE NO: (858) 495-0695    FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Inproper

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 330 W. Broadway

MAILING ADDRESS: 330 W. Broadway

CITY AND ZIP CODE: San Diego Ca. 92101

BRANCH NAME: Central - Hall of Justice

PLAINTIFF/PETITIONER: Alvin Hennington JR.

DEFENDANT/RESPONDENT: Federal Bureau of Investigation

| **REQUEST FOR** (Application) | ☑ Entry of Default | ☑ Clerk's Judgment | CASE NUMBER: 37-2008-00079157-CU-DF--CTL |
|---|---|---|---|
| | ☐ Court Judgment | | |

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on (date): March 3, 2008
   b. by (name): Alvin Hennington JR.
   c. ☑ Enter default of defendant (names):
      Federal Bureau of Investigation

And d. ☑ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☑ Enter clerk's judgment
      (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☑ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on (date):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $600,000,000.00 | 0 | $600,000,000.00 |
| b. Statement of damages * | Six Hundred Million dollars | | |
| (1) Special | $0 | $0 | $0 |
| (2) General | $0 | $0 | $0 |
| c. Interest | $0 | $0 | $0 |
| d. Costs (see reverse) | $fee waived 0 | $0 | $0 |
| e. Attorney fees | $0 | $0 | $0 |
| f. TOTALS | $600,000,000.00 | $ | $600,000,000.00 Six Hundred million Dollar |

   g. **Daily damages** were demanded in complaint at the rate of: $_____ per day beginning (date): Hundred million Dollar
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: May 30, 2008        May 30, 2008

Alvin Hennington JR.                    ► Alvin Hennington Jr.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT USE ONLY** | (1) ☐ Default entered as requested on (date): |
|---|---|
| | (2) ☐ Default NOT entered as requested (state reason): |
| | Clerk, by _____, Deputy |

Page 1 of 2

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure,
§§ 585–587, 1169
www.courtinfo.ca.gov

PLAINTIFF/PETITIONER: *Alvin Hennington JR.*

DEFENDANT/RESPONDENT: *Federal Bureau of Investigation*

CASE NUMBER: *37-2008-000791-1-CU-DF-CTL*

---

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☑ **did not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

    a. Assistant's name:

    b. Street address, city, and zip code:

    c. Telephone no.:

    d. County of registration:

    e. Registration no.:

    f. Expires on *(date)*:

5. ☐ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action

    a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

    b. ☐ is ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

    c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

    a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*

    b. ☑ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

    (1) Mailed on *(date)*:

    *May 30, 2008*

    (2) To *(specify names and addresses shown on the envelopes):*

    *~~9797 AreDRH~~ Federal Bureau of Investigation*
    *9797 Aero Drive*
    *San Diego, Ca 92123-1899*

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date:

*Alvin Hennington JR.*  ▶ *Alvin Hennington Jr.*

    (TYPE OR PRINT NAME)                   (SIGNATURE OF DECLARANT)

---

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

    a. Clerk's filing fees *Fee Waiver* ...... $ *0*

    b. Process server's fees ............... $ *0*

    c. Other *(specify)*: .................. $ *0*

    d. *Demand of complaint* ... $ *600,000,000.00 — six Hundred million dollars*

    e. **TOTAL** ...................... $ *600,000,000.00*

    f. ☐ Costs and disbursements are waived.

    g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: *May 30, 2008*           *May 30, 2008*

*Alvin Hennington JR.*  ▶ *Alvin Hennington Jr.*

    (TYPE OR PRINT NAME)                   (SIGNATURE OF DECLARANT)

---

8. ☑ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: *May 30, 2008*

*Alvin Hennington JR.*  ▶ *Alvin Hennington Jr.*

    (TYPE OR PRINT NAME)                   (SIGNATURE OF DECLARANT)

---

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Conflict
Interest

1  Malicious Prosecution; Tort claims act exception,
2  Claim arising 28 §2680 Malisious Mischief Generally
3  18 §1361 et seq. Conspiracy 18 §§1362, 1363 §3050
4  Civil Right conspiracy 42 §1985 etseq. Definition
5  18 §248: Bank Fraud, Continuing Financial crimes,
6  Enterprise 18 §225 Agents and Agencies, officers and
7  Employees of Government 18 §§205, 216 Bribery and
8  corruption 18 §201 Federal Agencies 44 §3549
9  Judges of Justices Disqualification 28 §455
10 Definitions 18 §§202, 207 United states citizens,
11 Loyalty 22 §287nt, Eon10422-Information 15 §1330b
12 19 §126 et seq →customs Duties Generally
13 Definitions 19 §1401 Investigations 19 §1677m
14 Johnson Act Debt Default act [Debt Default act]
15 April 13, 1934, ch 112, 48 stat.574 [see 18 §955] July 31, 1945 ch.
16 339, §9, 59 stat.516 [~~A.4~~] [31 §804b] 42 ~~Att.~~
17 Recovery 18 §218 Legal services 42 §2996b
18 Acounting and oversight board 15 §§78J-1, 721 et seq.
19 42 §264 United states court of Appeals for the
20 Federal circuit 18 §§204, 216
21 Also to Answer the claim and or
22 Rumor About H.I.V. I had myself tested
23 at the V.A. San Diego Healthcare system
24 twice in ~~a~~ Att. 2007 to be safe, I have not
25 had sex volentary in seven months, exept
26 when I was Raped Jan 29-08 Approximate Date

Conflict of interest

A.4   Att.

Conflict of Interist 28 §528

Disclosure : 15 §4305

Federal Law enforcement, 18 nT prec §1, EOn 11396

Copyrights, Searches and Seizures, 17 §509, 50 §182 lex seq.

Government Ethics office, 5 App. 4 § 402

Investigations, 28 §533

Interception of WIRE, oral, or electronic Communications 18 §2516, 50 §1801 er se q., 1807

Assault and Battery 18 §351

Cases conduct and ARGUment, 28 §518

Banks and Banking Violations, 12 §1972

Ethics, Office of Government Ethics, 5 § 7301 nt, EOn 12674

Restitution 18 §3551 nt

Privacy protection, 42 §2000aa-6

Privacy ACT of 1974, 5 §552a

Medical malPractice, professional peer Review 42 §11113

Video tapes, records and recordation, Disclosure, 18 §2710

Sexual Assault victoms, 42 §§3796gg-6 13925

Conflict of Interist, Public Company Accounting, Oversight Board, 15 §§78j-1, 7211 ex seq. §78m,

Board of Directors 42 §2996d

Postal Regulatory commission, 39 §§ 502, 3604 nt, EOn 11570 §205

Religion, International Religious Freedom

Commission 22§6435a, Condominiums, 15§3608 et seq,

whistleblowing, 5§2303 nT, PM, Disclosure 18§2707

Misconduct, 5 APP.3§8E  Fraud 18§155

Interest of in pending suites, Attending to, 28§517

undercover operations 28§533

Damages 28§2675, Electronic survey surveillance,

Torts 28§2672, 2678                    50§1810

State Department, Special agents, firearms, 22§2709

Special Investigator, 8§1551 nT, 6§252

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ALVIN HENNINGTON, JR. | FEDERAL BUREAU OF INVESTIGATION |

(b) County of Residence of First Listed Plaintiff  **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

08 JUN 10 PM 1: 24

SOUTHERN DISTRICT OF CALIFORNIA

(c) Attorney's (Firm Name, Address, and Telephone Number)

N/A -- Pro se
5170 Clairemont Mesa Blvd., Unit 4

Attorneys (If Known)  **08 CV 1033 BTM AJB**

Christopher B. Latham
Assistant United States Attorney

BY:                    DEPUTY

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff |
|---|---|

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1442 and 1446

Brief description of cause:
Personal injuries from battery, slander, harrassment, detamation and racial profiling

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
600,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**

(See instructions):   JUDGE  Hon. John A. Houston   DOCKET NUMBER  08cv0221 JAH (LSP)

DATE
06/10/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|