1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  State of California Bar No. 160515
   Office of U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7147

6  Attorneys for Defendant
   United States of America
7

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 ALVIN HENNINGTON, JR.,           )   Case No. 08cv1033 BTM (AJB)
                                    )
12          Plaintiff,               )   NOTICE OF RELATED CASE
                                    )   [Civil Local Rule 40.1(e)]
13     v.                            )
                                    )
14 FEDERAL BUREAU OF                 )
   INVESTIGATION,                    )
15                                   )
            Defendant.                )
16 _____ )

17 PLEASE TAKE NOTICE that the above-captioned action is related to the following cases:

18 •   Hennington v. San Diego Police Dept, et al., case no. 08cv0221 JAH (LSP), filed in

19     San Diego Superior Court on December 6, 2007 and removed to the district court on

20     February 5, 2008.

21 •   Hennington v. U.S. Customs and Border Protection, case no. 08cv0859 JAH (LSP), filed

22     in San Diego Superior Court on April 3, 2008 and removed to the district court on

23     May 14, 2008.

24 •   Hennington v. VA San Diego Healthcare System, case no. 08cv0883 JAH (LSP), filed in

25     San Diego Superior Court on March 3, 2008 and removed to the district court on

26     May 19, 2008.

27 //

28 //

1 | All four cases are brought by the same Plaintiff. They arise from nearly identical operative facts, namely his allegations of harassment, abuse and psychological terror by federal governmental authorities.

Respectfully Submitted,

Dated: June 11, 2008

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| ALVIN HENNINGTON, JR., | ) | Case No. 08cv1033 BTM (AJB) |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |
| STATE OF CALIFORNIA | ) ss. | |
| COUNTY OF SAN DIEGO | ) | |

IT IS HEREBY CERTIFIED that:

I, Christopher B. Latham, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

I have caused service of the following documents in this above-captioned action as indicated below:

- Notice of Related Case

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

<u>Name</u> (If none, enter "None" below)

Alvin Hennington, Jr.
5170 Clairemont Mesa Blvd., Unit 4
San Diego, CA 92117-1465

the last known address at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2008.

s/ Christopher B. Latham
_____
CHRISTOPHER B. LATHAM