|   |   |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CHRISTOPHER B. LATHAM<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 160515<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7147 |
| 6 | Attorneys for Defendant<br>United States of America |

FILED
08 JUN 10 PM 1:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALVIN HENNINGTON, JR.

   Plaintiff,

   v.

FEDERAL BUREAU OF INVESTIGATION,

   Defendant.

'08 CV 1033 BTM AJB

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

IT IS HEREBY CERTIFIED that:

I, Jill Brinton, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On June 10, 2008, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

- Notice of Removal of a Civil Action
- Ex Parte Application for an Order Establishing Time for United States to Respond to Complaint

addressed to:

Alvin Hennington, Jr.
5170 Clairemont Mesa Blvd., Unit 4
San Diego, CA 92117

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 10, 2008.

                                              Jill Brinton