|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALVIN HENNINGTON, JR., | ) | Case No. 08cv1033 JAH (LSP) |
|---|---|---|
| Plaintiff, | ) | ORDER SETTING FORTH TIME FOR UNITED STATES TO RESPOND TO COMPLAINT |
| v. | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**GOOD CAUSE SHOWING, IT IS HEREBY ORDERED** that the United States and the Federal Bureau of Investigation shall have sixty (60) days from the June 10, 2008 removal date of this action to respond to the operative Complain in this matter.

DATED: July 3, 2008

_____
JOHN A. HOUSTON
United States District Judge