UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JUL -3 AM 9: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Houston
FROM: J. Paris, Deputy Clerk   BY   RECEIVED DATE: 6/30/08
CASE NO.: 08cv1033   DOCUMENT FILED BY: Alvin Hennington Jr.
CASE TITLE: Hennington v. FBI
DOCUMENT ENTITLED: Ex Parte

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Ex Parte Communication |

No relief requested

Date forwarded: 7/1/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 7/4/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Federal Case # 08CV1033BTM-AJB

SHORT TITLE: Alvin Hennington Jr. VS Federal Bureau of Investigation

CASE NUMBER: 37-2008-00079157-CU-DF-CTL

MC-025

ATTACHMENT (Number): _____

(This Attachment may be used with any Judicial Council form.)

Page 1 of 6
(Add pages as required)

1. Ex-Parte
2. I was Falsely arrested for the third time,
3. The second time this year, Since I
4. Filed the conflict of Interist civil cases
5. I Filed a Default Judgement against Federal
6. Bureau of Investigation ~~May 30, 2008~~ April 20-08 Date of
7. Complaint March 3, 2008 San Diego Superior
8. Court of California, County of San Diego.
9. I Filed an Amended Complaint and served
10. U.S. Customs and Border Protection services, Federal
11. Bureau of Investigation On April 23, 2008.
12. as shown on attached Form [Non-Levy-San
13. Diego County Sheriffs Department Form.
14. As well as conflict of Interist Federal
15. Law Violations the Defendants willfully
16. Violated, The Defendants Also Violated
17. all laws on page 3

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov