# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*FILED 2008 JUL 21 PM 12:11 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA*

*This space for Clerk's Office File Stamp*

TO: [X] U. S. DISTRICT JUDGE / [ ] U. S. MAGISTRATE JUDGE Deputy Judge John A. Houston

FROM: J. Hinkle, Deputy Clerk   BY: ____   RECEIVED DATE: 7/14/08

CASE NO.: 08cv1033-BTM(AJB)   DOCUMENT FILED BY: Pla Alvin Hennington Jr

CASE TITLE: Hennington v. Federal Bureau of Investigation

DOCUMENT ENTITLED: Ex-Parte Application

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| [ ] | 5.1 | Missing time and date on motion and/or supporting documentation |
| [ ] | 5.3 | Document illegible or submitted on thermal facsimile paper |
| [ ] | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| [ ] | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| [ ] | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| [ ] | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| [ ] | 7.1 | Missing table of contents |
| [ ] | 15.1 | Amended pleading not complete in itself |
| [ ] | 30.1 | Depositions not accepted absent a court order |
| [ ] | | Supplemental documents require court order |
| [ ] | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: No proof of service. Not in pleading format. Also, not dated. |

Date forwarded: 7/15/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

[ ] The document is to be filed nunc pro tunc to date received.

[X] The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? [ ] Yes.   Court Copy retained by chambers [ ]

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 7/18/08   CHAMBERS OF: HOUSTON

By: _____

cc: All Parties

**REJECTED**

| SHORT TITLE: Ex-Parte Ethics Violations | CASE NUMBER: 08CV1033BTMAJB | MC-025 |

ATTACHMENT (Number): Ex-Parte     Page 1 of 1
(This Attachment may be used with any Judicial Council form.)     (Add pages as required)

Ex-Parte Application to Judge John A. Houston Charges Ethics Violations and Defence Attorney misconduct 28 §518, 528, 5 §730 InT, Eon 12674 Government Ethics office 5 App. 4 §402, Misconduct, 5 App. 3 §8 E:

~~Ref~~ A.H. Respectfully Request Attorneys for defence Be Dismissed from case Numbers 08CV0883-WQH AJB, "08CV1033 BTM AJB.

From Plaintiff Alvin, Hennington JR.

*Alvin Hennington Jr*

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)