|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALVIN HENNINGTON, JR. | ) Civil No.08cv1033 JAH (LSP) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

On July 7, 2008, Plaintiff filed a document entitled "Request for Entry of Court Default Judgment. . ." Upon review of the document, it appears Plaintiff is seeking entry of default judgment in the amount of $600 million dollars and entry of a permanent injunction.

This action, originally filed in Superior Court, was removed to the District Court on June 10, 2008. Pursuant to this Court's order granting Defendant's application, Defendant is required to answer or otherwise respond to the complaint no later than sixty (60) days from the June 10, 2008 removal date. The date for filing an answer has not yet passed. As such, entry of default judgment is not warranted. Additionally, Plaintiff has

//
//
//
//

not obtained entry of default prior to seeking entry of default judgment. His application is therefore premature. See FED.R.CIV.P. 55.

DATED: July 18, 2008

JOHN A. HOUSTON
United States District Judge