UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
AUG 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO:  ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   John Houston
FROM:  E. Lloyd,   Deputy Clerk     RECEIVED DATE:  8/8/08
CASE NO.:  08cv1033-JAH (LSP)    DOCUMENT FILED BY:  Alvin Hennington Jr.
CASE TITLE:  Hennington v. Federal Bureau of Investigation
DOCUMENT ENTITLED:  Request for Entry of Default

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Document is on a Superior Court form |

Date forwarded:  8/11/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:  Houston
Dated:  8/15/08        By:  _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alvin Hennington JR.<br>5170 Clairmont mesa Blvd unit 4<br>San Diego, Ca. 92117<br>TELEPHONE NO: (858) 495-0695   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Inproper | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego Ca, 92101
BRANCH NAME: Central - Hall of Justice

PLAINTIFF/PETITIONER: Alvin Hennington JR.
DEFENDANT/RESPONDENT: Federal Bureau of Investigation

MAY 30 2008

| REQUEST FOR (Application) | ☑ Entry of Default   ☑ Clerk's Judgment<br>☑ Court Judgment | CASE NUMBER: 37-2008-00079157-CU-DF-CTL<br>08CV0859 JLS BLM |
|---|---|---|

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): March 3, 2008
   b. by (name): Alvin Hennington JR.
   c. ☑ Enter default of defendant (names):
      Federal Bureau of Investigation - San Diego Field office
   d. ☑ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. ☑ Enter clerk's judgment
      (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         ☑ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☑ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5) [Conflict of Interest]
      (3) ☐ for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $600,000,000.00 | 0 | $600,000,000.00 |
| b. Statement of damages * | Six Hundred Million dollars | | |
| (1) Special | $0 | $0 | $0 |
| (2) General | $0 | $0 | $0 |
| c. Interest | $0 | $0 | $0 |
| d. Costs (see reverse) | $Fee waiver 0 | $0 | $0 |
| e. Attorney fees | $0 | $0 | $0 |
| f. TOTALS | $600,000,000.00 | $0 | $600,000,000.00 Six Hundred million Dol |

   g. Daily damages were demanded in complaint at the rate of: $_____ per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: Aug. 8, 2008                                    Aug. 8, 2008
Alvin Hennington JR.                                  Alvin Hennington JR.
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ☐ Default entered as requested on (date):<br>(2) ☐ Default NOT entered as requested (state reason):<br>Clerk, by _____, Deputy |
|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100-JCC [Rev. January 1, 2007]

REQUEST FOR ENTRY OF DEFAULT
(Application to Enter Default)

Page 1 of 2
Code of Civil Procedure
§§ 585-587,
www.courtinfo.c