SHORT TITLE: Ex-Parte Request for Default

CASE NUMBER: 08CV1033 BTM AJB

MC-025

ATTACHMENT (Number): ___ Page ___ of ___
(This Attachment may be used with any Judicial Council form.)
(Add pages as required)

FILED 08 AUG 20 AM 10:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CKR DEPUTY

NUNC PRO TUNC
AUG 1 4 2008

United States District Court
Southern District of California

Ex-parte Application

To The Honorable

Judge John A. Houston

Urgent Request

alvin Herrington Jr
Aug. 14-08

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California

ATTACHMENT

Page 1 of 1

SHORT TITLE: Ex-Parte Application for Default

CASE NUMBER: 08CV1033 BTM AJB

MC-025

ATTACHMENT (Number): _____

(This Attachment may be used with any Judicial Council form.)

Page 2 of 2

(Add pages as required)

Respectfully Request for Court Default Judgment in the amount of 600 million dollars and a temporary court injuction, against Defendants names: Federal Bureau of Investigation, For Plaintiff Name: Alvin Hennington JR

Alvin Hennington Jr. Aug. 14-08

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Approved for Optional Use
Judicial Council of California
[Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov

# FedEx Ground Order Form

Complete and take to the FedEx shipping counter for processing.

**Sender's Copy**

**From** — Please print and press hard
Date: 8/8/08

Alvin Hennington  858-232-9660
5170 Clairmont Mesa Blvd #4
San Diego, CA 92117

Federal Bureau of Investigation
9797 Aero Drive
San Diego, CA 92123

**3 Package Information**
- [ ] Residential Delivery Address
- [✓] Nonresidential (Business) Delivery Address
- Number of Packages: 1
- Weight: .10
- Declared Value: $100

**4 Delivery Signature Options**
- [ ] No Signature Required
- [✓] Direct Signature
- [ ] Indirect Signature

**5 FedEx Home Delivery Premium Service Upgrades**

**6 Payment** Bill to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [✓] Credit Card
- [ ] Cash/Check



Ship and track your packages at fedex.com

Questions? Go to fedex.com or call 1.800.GoFedEx 1.800.463.3339.

Rev. Date 11/07 • Part 156276 • ©1994–2007 FedEx • PRINTED IN U.S.A. • OP-253WSC

---

**FedEx Kinko's Office and Print Center**
5375 Napa St
San Diego, CA 92110

Location: SDMKX
Device ID: SDMKX-POS1
Employee: 2017850
Transaction: 68013498050

016120100455514  0.10 lb (S)   $8.24
Direct Signature

Shipment subtotal:   $8.24
Total Due:           $8.24
Cash:               $10.00
Change Due:          $1.76

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 8, 2008  7:59:00 PM