# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Houston                          DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: K. Hammerly, Deputy Clerk          RECEIVED DATE: 8/22/2008
CASE NO.: 08cv1033          DOCUMENT FILED BY: Plaintiff Hennington, Jr.
CASE TITLE: Hennington, Jr. v. US Customs
DOCUMENT ENTITLED: Proof of Service for Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of co.ntents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: San Diego Superior Court forms; Documents referenced in POS are not filed in District Court |

Date forwarded: 8/25/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 8/26/08          By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Alvin Hennington Jr<br>5170 Clairmont Mesa Blvd Unit4<br>San Diego, CA 92117-1465<br>E-MAIL | (858) 495-0695<br>FAX | REJECTED |
| ATTORNEY FOR (Name): IN PROPRIA PERSONA | | |

**San Diego County Superior Court - San Diego - Hall of Justice**
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: San Diego - Hall of Justice

PLAINTIFF: Alvin Hennington Jr
DEFENDANT: Federal Bureau of Investigation, U S Cus

| PROOF OF SERVICE | FILE NUMBER | COURT CASE NUMBER |
|---|---|---|
| | 2008142312 | 37-2008-00081249 |

08CV859 JLS·BLM

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
      **Complaint**

3. a. Party served:  Federal Bureau of Investigation | Erika Foxworth, Special Agent/authorized.
   b. Person served:  party in item 3a

4. Address where party was served:  9797 Aero Dr
                                     San Diego, CA 92123-1899

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 5/14/2008 (2)at: 11:36 AM.

6. The "Notice to the Person Served" was completed as follows:

7. Person who served papers:
   a. Name:  T Camoras 1996
   b. Address: San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306
   c. Telephone number: (619) 544-6401
   d. The fee for service was: $30.00 (Waived)

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 22, 2008

Sheriff's Authorized Agent
William B. Kolender, Sheriff
E. A. GREENAWALD

Hearing: <No Information>

Judicial Council form POS-010                Mail Copy                                217458