UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
SEP 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   John A. Houston
FROM: C. Ecija, Deputy Clerk   RECEIVED DATE: August 27, 2008
CASE NO.: 08cv1033   DOCUMENT FILED BY: Plaintiff, Alvin Hennington, Jr.
CASE TITLE: Hennington v. Federal Bureau of Investigation
DOCUMENT ENTITLED: Ex Parte Request for Court Default Judgment

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Improper Format, no proof of service; Response filed 8/14/08 - motion to dismiss pending |

Date forwarded: _____

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston
Dated: 9/2/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

*Ex Parte* — **REJECTED**

Request for Court Default-Judgment, To The honorable Judge John A. Houston

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Alvin Hennington JR.,
  Plaintiff,
vs.
Federal Bureau of Investigation,
  Defendant.

CASE NO. 37-00079157-CU-DF-CTL, 08CV1033 BTM AJB

I Demand a Default on the Grounds that the Defendants Did not Respond in the 60 days given by this court, and cannot be dismissed without Legal Grounds and their are none.

Sincerly:
Alvin Hennington JR.
Alvin Hennington
8-27-2008