UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALVIN HENNINGTON, JR. | ) | Civil No.08cv1033 JAH (LSP) |
|---|---|---|
| Plaintiff, | ) | **ORDER VACATING HEARING** |
| v. | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

    **IT IS HEREBY ORDERED** the hearing on Defendant Federal Bureau of Investigation's motion to dismiss (Doc. No. 11) is **VACATED**. The motion is taken under submission without oral argument. See CivLR 7.1(d)(1).

DATED: September 8, 2008

_____
JOHN A. HOUSTON
United States District Judge

08cv1033